**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 8, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60619
Summary Calendar

_____

YAYA MOMO KAMARA

Petitioner

v.

JOHN ASHCROFT, US ATTORNEY GENERAL

Respondent

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 483 567
--------------------

Before KING, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM:[*]

Yaya Momo Kamara, a purported citizen of Sierra Leone, petitions for review of the BIA's final order of removal. Kamara argues that his due process and equal protection rights have been violated by imposition of the requirement that he file a grievance with the State Bar of Texas against his former attorney in order to assert a claim of ineffective assistance of counsel. We construe the Respondent's motion for summary affirmance as his brief.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This court lacks jurisdiction to consider Kamara's arguments because he did not present these claims to the BIA.  <u>See</u> <u>Wang v. Ashcroft</u>, 260 F.3d 448, 453 (5th Cir. 2001).  Accordingly, the petition for review is DENIED.

The Respondent's motion for summary affirmance is DENIED.

PETITION FOR REVIEW DENIED; MOTION DENIED.